IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT DEMISON, III | § | |
| VS. | § | CIVIL ACTION NO. 9:22cv183 |
| C.F. HAZELWOOD, ET AL. | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Robert Demison, III, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The case was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Pending before the court is a motion for temporary restraining order (doc. no. 4) filed by plaintiff regarding conditions at the Polunsky Unit. Following the date on which his motion was filed, plaintiff notified the court of his transfer to the Coffield Unit. Plaintiff's transfer to another prison unit renders his claim for preliminary injunctive relief moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). Plaintiff's motion seeking a temporary restraining order should therefore be denied as moot.

### Recommendation

Plaintiff's motion for a temporary restraining order should be denied as moot.

### Objections

Objections to this Report and Recommendation must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 28th day of July, 2023.

_____
Zack Hawthorn
United States Magistrate Judge