| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT DEMISON, III, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-183
§
C.F. HAZELWOOD, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Robert Demison, III, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

    Plaintiff has filed a motion seeking a preliminary injunction. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#45) is **ADOPTED**. The motion for preliminary injunction (#39) is **DENIED**.

    SIGNED at Beaumont, Texas, this 13th day of May, 2025.

                                                MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE